IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF SAVAGE INLAND MARINE, LLC, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | §<br>§<br>§<br>§ | CIVIL ACTION NO. 1:19-CV-536<br>JUDGE MICHAEL TRUNCALE |

Consolidated with

| | | |
|---|---|---|
| IN RE BLESSEY MARINE SERVICES | § | CIVIL ACTION NO. 1:20-CV-122 |

Consolidated with

| | | |
|---|---|---|
| IN RE ENTERPRISE MARINE SERVICES | §<br>§ | CIVIL ACTION NO. 1:20-CV-167 |

**FINAL JUDGMENT**

On January 21, 2021, this Court granted Enterprise Marine Services LLC's Motion for Summary Judgment as to the unseaworthiness claims made against it by the other parties to this litigation, dismissing all claims of unseaworthiness. [Dkt. 147]. Subsequently thereafter on May 17, 2021, this Court entered an Opinion and Order dismissing all claims against Enterprise Marine Services LLC and exonerating Enterprise Marine Services LLC from liability under the Limitation of Liability Act, 46 U.S.C. § 30505. [Dkt. 179].

There remain issues of fault between Blessey Marine Services, Inc. and Blessey Enterprises Inc. (collectively, "Blessey") and Petitioner Justin Wood that have not been resolved dispositively. Blessey has given notice of its appeal of those remaining issues.

The Court specifically certifies under Federal Rule of Civil Procedure 54(b) that there is no just reason for delay of the entry of Final Judgment as to Enterprise Marine Services LLC.

It is therefore ORDERED that Enterprise Marine Services LLC is not liable for general maritime negligence, that all claims of unseaworthiness against Enterprise Marine Services LLC

are dismissed, and that Enterprise Marine Services LLC is entitled to exoneration from liability under the Limitation of Liability Act, 46 U.S.C. § 30505.

This Court further ORDERS execution to issue for this Final Judgment, and DENIES all relief not granted herein. The Court directs the clerk to enter this Final Judgment for Enterprise Marine Services LLC.

**SIGNED this 9th day of July, 2021.**

Michael J. Truncale
United States District Judge